Founded in 1852
by Sidney Davy Miller

# MILLER CANFIELD

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

KIMBERLY A. BERGER
TEL (313) 496-7912
FAX (313) 496-8454
E-MAIL berger@millercanfield.com

MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Kalamazoo • Lansing
Saginaw • Troy
FLORIDA: Tampa
ILLINOIS: Chicago
NEW YORK: New York
OHIO: Cincinnati
CANADA: Toronto • Windsor
CHINA: Shanghai
MEXICO: Monterrey
POLAND: Gdynia
Warsaw • Wroclaw

November 25, 2013

*VIA FED-EX*

Dustin Koch
Reed Sjostrom
Rockford Brewing Company
200 Prairie Street
Rockford, IL 61107

Re:   ROCKFORD BREWING COMPANY trademark

Dear Mr. Koch and Mr. Sjostrom:

We are counsel for Rockford Brewing Company in Rockford, Michigan ("Rockford-Michigan") and are writing to demand that you immediately cease and desist infringing Rockford-Michigan's trademark.

Rockford-Michigan has exclusive legal rights in the trademarks ROCKFORD and ROCKFORD BREWING COMPANY. In addition, Rockford-Michigan has filed for a U.S. Federal Registration for its ROCKFORD BREWING COMPANY logo mark. Rockford-Michigan acquired these rights at the time that it began using its word and logo marks in commerce, which dates back at least as early as January 2012, and possibly much earlier. As a result, Rockford-Michigan has established ownership in, and has the legal right to the exclusive use of, ROCKFORD BREWING COMPANY in connection with beer and restaurant and bar services.

We are informed that, long after my client acquired exclusive rights in these trademarks, you began using the name "Rockford Brewing Company" in connection with beer and restaurant and beer services and that you have also filed an application for a U.S. Federal Registration for the mark. It has also come to our attention that you are advertising these goods and services on your website, www.rockfordbrewingco.com, and your Facebook page, www.facebook.com/RockfordBrewingCo, both of which are nearly identical and confusingly similar to my client's website and Facebook pages. Your use of "Rockford Brewing Company" is, without question, confusingly similar to Rockford-Michigan's trademark. At the very least, consumers are likely to believe that your goods and services are approved by, affiliated with, or sponsored by Rockford-Michigan. Your actions in this regard constitute willful trademark


EXHIBIT D

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-2-  November 25, 2013

infringement, dilution, and unfair competition and your continued use will cause Rockford-Michigan irreparable injury.

Please confirm in writing immediately to my attention, that you will cease and desist any and all use of the term "Rockford Brewing Company" or any other term confusingly similar to my client's trademark. If you fail or refuse to do so, Rockford-Michigan is prepared to commence formal legal action against you, which may include a lawsuit for trademark infringement and request for a temporary restraining order and preliminary injunction, as well as a cancellation action before the USPTO to cancel your trademark based on Rockford-Michigan's prior use of the mark, should your mark register. Obviously, we hope that this will not be necessary.

Your prompt attention to this matter is appreciated. In the meantime, if you have any questions, please feel free to contact me.

Very truly yours,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: *Kimberly A. Berger*
Kimberly A. Berger

cc: Seth Rivard

21708395.1\152673-00002